Goldie Black Moore, Plaintiff-Appellee, v. Albert Black, Defendant-Appellant.

Gen. No. 10,069. (Abstract of Decision.)

Third District.

May 14, 1956.

Released for publication May 31, 1956.

Francis R. Wiley, and Louis L. Mason, for defendant-appellant; Emanuel Rosenberg, Joseph L. Rosenberg, for plaintiff-appellee; Albert E. Hurt, of counsel. Opinion by JUDGE CARROLL. Not to be published in full.